EDWARD W. LUKAS, JR., State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Boulevard, Suite 800
Glendale, California 91203
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail:  elukas@hfdclaw.com

HARNESS, DICKEY & PIERCE, P.L.C.
Glenn E. Forbis (*Pro Hac Vice pending*)
Michael A. Chernoff (*Pro Hac pending*)
5445 Corporate Drive, Suite 200
Troy, MI  48098
Tel. 248-641-1600
Fax: 248-641-0270
Email:  gforbis@harnessip.com
        mchernoff@harnessip.com

Attorneys for Plaintiff DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>TORREY PINES LOGIC, INC.; LUONG HIN; MICHAEL DELLOSA; SOPHIA SMITH; and JOHN DOE,<br><br>        Defendants. | Case No.  **'23 CV 1200 H    DEB**<br><br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Dassault Systèmes SolidWorks Corporation ("DS SolidWorks") by its

undersigned counsel as and for its Complaint against Defendant Torrey Pines Logic, Inc. ("TP Logic"), Defendant Luong Hin ("Hin"), Defendant Michael Dellosa ("Dellosa"), Defendant Sophia Smith ("Smith"), and Defendant John Doe ("Doe") (collectively, "Defendants") hereby alleges as follows:

## NATURE OF THE ACTION

This is a copyright infringement, circumvention of technological measures, and Massachusetts Common Law breach of contract action arising out of TP Logic's, Hin's, Dellosa's, Smith's, and Doe's unauthorized and willful use and copying of DS SolidWorks's SOLIDWORKS software package.

## THE PARTIES

1.     Plaintiff DS SolidWorks is a Delaware corporation, having a principal place of business at 175 Wyman Street, Waltham, MA 02451-1223.

2.     On information and belief, Defendant TP Logic is a California corporation having a principal place of business at 10505 Roselle Street, Suite 100, San Diego, CA 92121.

3.     On information and belief, Defendant Hin is an adult individual residing at 11408 Osoyoos Place, San Diego, CA 92126.

4.     On information and belief, Defendant Dellosa is an adult individual residing at 39005 Avenue Bonita, Murrieta, CA 92562.

5.     On information and belief, Defendant Smith is an adult individual residing in this District and having a business address of 10505 Roselle Street, Suite 100, San Diego, CA 92121.

6.     On information and belief, Defendant Doe is an adult individual who is an employee of or otherwise associated with TP Logic.

## JURISDICTION AND VENUE

7.     This action arises under 17 U.S.C. § 101 et seq. for Defendants' infringement of copyrights owned by DS SolidWorks and for Defendants' circumvention of technical measures used to control access to DS SolidWorks's SOLIDWORKS software packages

and under state law for breach of contract.

8.     This Court has subject matter jurisdiction over these copyright infringement and circumvention claims pursuant to 28 U.S.C. §§ 1331, 1332(a), and 1338(a).  This Court has subject matter jurisdiction over the state law claim pursuant to 28 U.S.C. §1367(a).

9.     This Court has personal jurisdiction over TP Logic because, among other things, TP Logic resides in and transacts business in California and in this judicial district.

10.    This Court has personal jurisdiction over Hin because, among other things, Hin is a Manager of TP Logic and a resident of California, also residing within this judicial district.

11.    This Court has personal jurisdiction over Dellosa because, among other things, Dellosa is an Engineer at TP Logic and a resident of California, also residing within this judicial district.

12.    This Court has personal jurisdiction over Smith because, among other things, Smith is an Engineer at TP Logic and a resident of California, also residing within this judicial district.

13.    This Court has personal jurisdiction over Doe because, upon information and belief, Doe is an employee of TP Logic and a resident of California, also residing within this judicial district.

14.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(2), 1391(c)(2), 1391(d), and 1400(a).

## BACKGROUND

### DS SolidWorks and the Copyrighted Works

15.    DS SolidWorks is the creator, author, and owner of the software code for the SOLIDWORKS software package, which is a computer-aided design ("CAD") software package.

16.    DS SolidWorks has created, authored, and is the owner of various "releases" of SOLIDWORKS, each building upon the prior release.

17.     DS SolidWorks owns many copyright registrations for the SOLIDWORKS software package, including the registrations below in Table 1, also attached as Exhibit 1, hereto.

| Registration Number | Registration Name |
|---|---|
| TX 0005225647 | SolidWorks 2000 |
| TX 0005666476 | SOLIDWORKS 2001 PLUS |
| TX 0008443820 | SOLIDWORKS 2017 |
| TX 0008540002 | SOLIDWORKS 2018 |
| TX0009112305 | SOLIDWORKS 2021 |
| TX 0009074914 | SOLIDWORKS 2022 |

Table 1

**Detection of Infringement by Defendants**

18.     The SOLIDWORKS software incorporates detection and monitoring technology that detects and identifies unauthorized uses of the SOLIDWORKS software and transmits identifying data to DS SolidWorks over the internet when such unauthorized uses occur.

19.     Through its monitoring technology, DS SolidWorks detected at least 1,684 unauthorized uses of unlicensed and unauthorized copies of the SOLIDWORKS software on at least seven different computers having Media Access Control ("MAC") addresses as shown below in Table 2 (the "Computers").

| Computer | Mac Addresses |
|----------|---------------|
| 1 | d03c1fe3cdea<br>f8e43bdc02ba<br>d03c1fe3cde9 |
| 2 | 54e1adf50552<br>b4d5bd986e12<br>b4d5bd986e13 |
| 3 | ccf9e4f105c7<br>bc8385f53130<br>ccf9e4f105c8<br>5882a88f1fec<br>c49ded081799 |
| 4 | 5405db61fb67<br>f8ac652d8d8b<br>f8ac652d8d8c |
| 5 | 3c970e04bc3b<br>247703831c01<br>247703831c00 |
| 6 | f0d5bf6ddb4d<br>c85b76944aef<br>f0d5bf6ddb51 |
| 7 | 88d82e436869<br>88d82e436868<br>88a4c2417eca |

Table 2

## Computer 1

20.     Through its monitoring technology, DS SolidWorks detected that 79 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1.

21.     Through its monitoring technology, DS SolidWorks detected a registered account having the email address "Sophia.smith@tplogic.com" on Computer 1.

22.     "Sophia.smith" is a combination of Smith's first name and last name.

23.     The URL "tplogic.com" directs to TP Logic's website.

24.     TP Logic owner, Leonid Volfson ("Volfson"), sent emails from an email address bearing the domain "tplogic.com".

25.     The domain "tplogic.com" is an email domain name established by and/or used by TP Logic.

26.     The email address "Sophia.smith@tplogic.com" is used by Smith.

27.     Through its monitoring technology, DS SolidWorks detected the username "sophi" registered on Computer 1 during an unauthorized use of SOLIDWORKS.

28.     "sophi" is a truncation of Smith's first name, i.e., "Sophie".

29.     The username "sophi" is used by Smith.

30.     Smith is a user of Computer 1.

31.     Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 62 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1 while the computer was physically located at the address 10505 Roselle Street, San Diego, CA 92121.

32.     TP Logic has a facility at 10505 Roselle Street, San Diego, CA 92121. *See* https://tplogic.com/contact-us/.

33.     Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 36 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1 while the computer was physically located at the address 10505 Roselle Street, San Diego, CA 92121 while connected to the internet through IP address 45.152.182.132.

34.     TP Logic connects to the internet through IP Address 45.152.182.132.

35.     Computer 1 is owned by and/or is under the control of TP Logic.

36.     An employee of TP Logic or person under the control of TP Logic is a user of Computer 1.

37.     An employee of TP Logic or person under the control of TP Logic has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 1.

38.     Smith has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 1.

**Computer 2**

39.     Through its monitoring technology, DS SolidWorks detected that 401 of the

above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2.

40. Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 28 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2 while the computer was physically located at the address 10505 Roselle Street, San Diego, CA 92121.

41. Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 3 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2 while connected to the internet through IP address 45.152.182.132.

42. Through its monitoring technology, DS SolidWorks detected the partial username "so****" registered on Computer 2 during an unauthorized use of SOLIDWORKS.

43. The partial username "so****" detected on Computer 2 was first detected in April 2022.

44. Smith began working at TP Logic in April 2022, according to her LinkedIn profile, which is attached as Exhibit 2, hereto.

45. Smith's first name is "Sophia".

46. The username used on Computer 2 is "sophia".

47. Smith is a user of Computer 2.

48. Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 16 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2 while the computer was physically located at the address 10505 Roselle Street, San Diego, CA 92121 while connected to the internet through IP address 212.102.44.162.

49. TP Logic connects to the internet through IP Address 212.102.44.162.

50. Through its monitoring technology, DS SolidWorks detected that 53 of the

above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2 while connected to the internet through IP address 66.75.245.129.

51.     TP Logic connects to the internet through IP Address 6.75.245.129.

52.     Computer 2 is owned by and/or is under the control of TP Logic.

53.     An employee of TP Logic or person under the control of TP Logic is a user of Computer 2.

54.     An employee of TP Logic or person under the control of TP Logic has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 2.

55.     Smith has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 2.

**Computer 3**

56.     Through its monitoring technology, DS SolidWorks detected that 230 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3.

57.     Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 83 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3 while the computer was physically located at the address 10505 Roselle Street, San Diego, CA 92121.

58.     Through its monitoring technology, DS SolidWorks detected that 3 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3 while connected to the internet through IP address 45.152.182.132.

59.     Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 55 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3 while

the computer was physically located at the address 10505 Roselle Street, San Diego, CA 92121 while connected to the internet through IP address 66.75.245.129.

60.     Through its monitoring technology, DS SolidWorks detected that 4 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3 while connected to the internet through IP address 212.102.44.162.

61.     Computer 3 is owned by and/or is under the control of TP Logic.

62.     An employee of TP Logic or person under the control of TP Logic is a user of Computer 3.

63.     An employee of TP Logic or person under the control of TP Logic has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 3.

**Computer 4**

64.     Through its monitoring technology, DS SolidWorks detected that 535 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 4.

65.     Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 159 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 4 while the computer was physically located at the address 10505 Roselle Street, San Diego, CA 92121.

66.     Through its monitoring technology, DS SolidWorks detected that 20 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 4 while connected to the internet through IP address 212.102.44.162.

67.     Computer 4 is owned by and/or is under the control of TP Logic.

68.     Through its monitoring technology, DS SolidWorks detected the partial username "Mi*************" registered on Computer 4 during an unauthorized use of

SOLIDWORKS.

69.     Dellosa's full name is "Michael Dellosa".

70.     The username used on Computer 4 is "Michael Dellosa".

71.     Dellosa is a user of Computer 4.

72.     An employee of TP Logic or person under the control of TP Logic is a user of Computer 4.

73.     An employee of TP Logic or person under the control of TP Logic has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 4.

74.     Dellosa has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 4.

**Computer 5**

75.     Through its monitoring technology, DS SolidWorks detected that 307 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 5.

76.     Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 211 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 5 while the computer was physically located at the address 10505 Roselle Street, San Diego, CA 92121.

77.     Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 170 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 5 while the computer was physically located at the address 10505 Roselle Street, San Diego, CA 92121 while connected to the internet through IP address 66.75.245.129.

78.     Computer 5 is owned by and/or is under the control of TP Logic.

79.     Through its monitoring technology, DS SolidWorks detected the partial username "Mi**" registered on Computer 5 during an unauthorized use of

10

SOLIDWORKS.

80.   Dellosa's first name is "Michael", and sometimes goes by the name "Mike".

81.   The username used on Computer 5 is "Mike".

82.   Dellosa is a user of Computer 5.

83.   An employee of TP Logic or person under the control of TP Logic is a user of Computer 5.

84.   An employee of TP Logic or person under the control of TP Logic has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 5.

85.   Dellosa has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 5.

**Computer 6**

86.   Through its monitoring technology, DS SolidWorks detected that 76 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 6.

87.   Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 37 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 6 while the computer was physically located at the address 10505 Roselle Street, San Diego, CA 92121.

88.   Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 17 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 6 while the computer was physically located at the address 10505 Roselle Street, San Diego, CA 92121 while connected to the internet through IP address 66.75.245.129.

89.   Computer 6 is owned by and/or is under the control of TP Logic.

90.   Through its monitoring technology, DS SolidWorks detected the username "luong" registered on Computer 6 during an unauthorized use of SOLIDWORKS.

91.    "luong" is Hin's first name.

92.    The username "luong" is used by Hin.

93.    Hin is a user of Computer 6.

94.    An employee of TP Logic or person under the control of TP Logic is a user of Computer 6.

95.    An employee of TP Logic or person under the control of TP Logic has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 6.

**Computer 7**

96.    Through its monitoring technology, DS SolidWorks detected that 49 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 7.

97.    Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 7 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 7 while the computer was physically located at the address 10505 Roselle Street, San Diego, CA 92121.

98.    Through its monitoring technology, DS SolidWorks detected that 20 of the above-referenced 1,684 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 7 while connected to the internet through IP address 212.102.44.162.

**Infringement, Circumvention, and Breach by Defendants**

99.    The Computers are owned by at least one of the Defendants.

100.    TP Logic purports to offer a variety of optical and communication devices. *See* https://tplogic.com/.

101.    DS SolidWorks' SOLIDWORKS software packages are frequently used by developers of optical and communication devices.

102.    The Computers have been used by at least one of Hin, Dellosa, Smith, Doe,

employees of TP Logic, or persons under the control of TP Logic.

103.   At least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic downloaded one or more copies of SOLIDWORKS from the internet.

104.   At least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic installed one or more copies of SOLIDWORKS on the Computers.

105.   During the installation process of SOLIDWORKS, a link to a License Agreement is displayed on the screen of the computer. A copy of the License Agreement is attached as Exhibit 3, hereto.

106.   The License Agreement states that "…installing and using [SOLIDWORKS]…will signify your agreement to be bound by these terms and conditions." Ex. 3, at 2/45.

107.   At least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic installed and used SOLIDWORKS on the Computers, thereby accepting to be bound by the terms and conditions of the License Agreement.

108.   One of the terms and conditions of the License Agreement is that the SOLIDWORKS software cannot be loaded or used in any computer, nor can it be copied, without a right to do so from DS SolidWorks: "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from DS."  *Id.*, at 2/45.

109.   The License Agreement gives permission to a user to install and use one (1) copy of SOLIDWORKS if the license fee for a single-user license of SOLIDWORKS has been paid for such copy: "If you have paid the license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." *Id.*, at 3/45.

110.   But Defendants did not pay the license fee for the copies of SOLIDWORKS that were installed.

13

111.   Therefore, Defendants do not have authorization from DS SolidWorks to launch (execute) and/or use SOLIDWORKS for the above-referenced unlicensed and unauthorized uses.

112.   Additional terms and conditions of the License Agreement include that (i) use of SOLIDWORKS without the required lock device or authorization key provided by DS SolidWorks is prohibited, and (ii) the user is prohibited from taking steps to avoid or defeat the license authorization key mechanism for controlling access to SOLIDWORKS: "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS.] You may not take any steps to avoid or defeat the purpose of any such measures. Use of [SOLIDWORKS] without any required lock device or authorization key provided by DS [SolidWorks] is prohibited." *Id.*, at 24/45.

113.   Through its monitoring technology, DS SolidWorks detected the signature of the SolidSquad (SSQ) crack, a program used to defeat the purposes of DS SolidWorks' access control measures.

114.   At least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic ran the SolidSquad (SSQ) crack on the Computers following the installation of SOLIDWORKS.

115.   At least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic launched (executed) and/or used one or more unlicensed and unauthorized copies of SOLIDWORKS on the Computers.

116.   At least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic have been using DS SolidWorks's SOLIDWORKS software packages without authorization or permission from DS SolidWorks.

117.   Upon information and belief, TP Logic received a direct financial benefit from the use of SOLIDWORKS by at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic.

**Notice of Infringement to Defendant TP Logic**

118.    Between November 5, 2020, and January 7, 2021, a license compliance investigator from DS SolidWorks communicated with TP Logic via a series of emails and phone calls to Volfson, attempting to resolve TP Logic's unauthorized use of DS SolidWorks's SOLIDWORKS software packages on Computers 2-6. No resolution was reached.  Emails from the communications between the license compliance investigator for DS SolidWorks and Volfson from between November 5, 2020, and January 7, 2021, are attached as Exhibit 4, hereto.

119.    On March 30, 2021, counsel for DS SolidWorks attempted to communicate with TP Logic via an email to Volfson, regarding TP Logic's unauthorized use of DS SolidWorks's SOLIDWORKS software packages.

120.    Between April 7, 2021, and July 23, 2021, counsel for DS SolidWorks exchanged communications with counsel for TP Logic, via a series of emails and phone calls, attempting to resolve TP Logic's unauthorized use of DS SolidWorks's SOLIDWORKS software packages. No resolution was reached.  A portion of the emails from the communications between counsel for DS SolidWorks and counsel for TP Logic from between April 7, 2021, and July 23, 2021, are attached as Exhibit 5, hereto.

121.    Computers 1 and 7 were discovered to be connected to TP Logic after attempts to contact TP Logic began.

122.    Despite the repeated requests to cease and desist from engaging in unauthorized use of DS SolidWorks' SOLIDWORKS software packages, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic continued engaging in unauthorized use of SOLIDWORKS until at least June 23, 2023.

## COUNT I
## FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

123.    DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

124. SOLIDWORKS, including SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2020, and SOLIDWORKS 2021, is an original work of DS SolidWorks and is protectable by the copyright laws of the United States.

125. DS SolidWorks owns all rights and title to the copyrights for SOLIDWORKS.

126. At least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic downloaded the SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2020, and SOLIDWORKS 2021 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without authorization or permission from DS SolidWorks.

127. Subsequently to downloading a copy of SOLIDWORKS, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic installed, executed, and used the SOLIDWORKS software on one or more computers without authorization or permission from DS SolidWorks.

128. Each time at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g., random access memory (RAM) without authorization or permission from DS SolidWorks.

129. At least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic executed SOLIDWORKS at least on the Computers.

130. By making unauthorized copies of SOLIDWORKS as described above, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic infringed and violated (directly or indirectly) DS SolidWorks's copyrights in SOLIDWORKS and the SOLIDWORKS Copyright Registrations, including at least DS SolidWorks's exclusive right under 17 U.S.C. § 106(1) "to reproduce the copyrighted work in copies."

131.   Upon information and belief, TP Logic received a direct financial benefit from the above-described infringement of DS SolidWorks's copyrights.

132.   At least one of TP Logic's, Hin's, Dellosa's, Smith's, or Doe's infringement and violation of DS SolidWorks's copyrights has been knowing and willful.

133.   DS SolidWorks has been damaged by the aforementioned infringement.

**COUNT II**

**CIRCUMVENTION OF TECHNOLOGICAL MEASURES**

**(17 U.S.C. § 1201)**

134.   DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

135.   SOLIDWORKS includes technological measures that effectively control access to the SOLIDWORKS software, including a requirement during installation to input an authorized License Key provided by DS SolidWorks to properly-licensed users of SOLIDWORKS to "unlock" SOLIDWORKS and thereby allow the installation, subsequent use of, and access to SOLIDWORKS.

136.   Neither TP Logic, Hin, Dellosa, Smith, nor Doe received an authorized License Key from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

137.   Upon information and belief, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic circumvented the technological measures incorporated in SOLIDWORKS to gain access to SOLIDWORKS by avoiding, bypassing, deactivating, or otherwise impairing such technological measures, including at least during the installation of SOLIDWORKS.

138.   Upon information and belief, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic used a SolidSquad (SSQ) crack signature to avoid, bypass, deactivate, or otherwise impair such technological measures.

139.   By avoiding, bypassing, deactivating, or otherwise impairing the

17

COMPLAINT

technological measures to control access to SOLIDWORKS, including by avoiding, bypassing, deactivating, or otherwise impairing the input of an authorized License Key, during the installation process, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic have violated 17 U.S.C. § 1201.

140.   Each time at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic used SOLIDWORKS modified by the SolidSquad (SSQ) crack, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic violated 17 U.S.C. § 1201 by avoiding, bypassing, deactivating, or otherwise impairing SOLIDWORKS' technological measures.

141.   Upon information and belief, TP Logic received a direct financial benefit from the above-described circumvention.

142.   DS SolidWorks has been damaged by at least one of TP Logic's, Hin's, Dellosa's, Smith's, or Doe's above-described actions.

**COUNT III**

**BREACH OF CONTRACT**

**(Massachusetts Common Law)**

143.   DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

144.   The installation of SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2020, and SOLIDWORKS 2021 requires the user to accept the terms and conditions of the SOLIDWORKS License Agreement.  *See* Ex. 3.

145.   At least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic accepted the SOLIDWORKS License agreement when they installed and/or used SOLIDWORKS 2017, SOLIDOWORKS 2018, SOLIDWORKS 2020, and SOLIDWORKS 2021.

146.   The License Agreement states "[i]f you have paid the license fee for a single-user license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." Ex. 3, at

3/45.

147.   Neither TP Logic, Hin, Dellosa, Smith, nor Doe paid the license fee for the above-mentioned unauthorized and unlicensed uses.

148.   By installing and/or using SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2020, and SOLIDWORKS 2021 on the Computers without paying the license fee, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic breached the License Agreement.

149.   The License Agreement states "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from [DS SolidWorks.]" *Id.*, at 2/45.

150.   Neither TP Logic, Hin, Dellosa, Smith, nor Doe received a right to load, use or copy SOLIDWORKS from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

151.   At least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic downloaded the SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2020, and SOLIDWORKS 2021 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without a right to do so from DS SolidWorks.

152.   Subsequent to downloading a copy of SOLIDWORKS, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic installed, executed, and used the SOLIDWORKS software on one or more computers without a right to do so from DS SolidWorks.

153.   Each time at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic executed SOLIDWORKS, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g., random access memory (RAM) without a right to do so from DS SolidWorks.

154.   At least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic executed SOLIDWORKS at least on the Computers.

155.   By copying SOLIDWORKS as described above, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic breached the License Agreement by copying SOLIDWORKS without the right to do so.

156.   By loading SOLIDWORKS onto the Computers, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic breached the License Agreement by loading SOLIDWORKS without the right to do so.

157.   By using SOLIDWORKS on the Computers, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic breached the License Agreement by using SOLIDWORKS without the right to do so.

158.   The License Agreement states "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS.] You may not take any steps to avoid or defeat the purpose of any such measures. Use of any Offering without any required lock device or authorization key provided by DS [SolidWorks] is prohibited." *Id.*, at 24/45.

159.   Upon information and belief, after installing SOLIDWORKS, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic ran the SolidSquad (SSQ) crack program.

160.   Running the SolidSquad (SSQ) crack program is a step to avoid or defeat the purpose of the license authorization key to control access to SOLIDWORKS.

161.   By running the SolidSquad (SSQ) crack program, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic breached the License Agreement.

162.   DS SolidWorks did not provide TP Logic, Hin, Dellosa, Smith, and/or Doe a license authorization key for the copies of SOLIDWORKS used on the Computers by at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic for the above-referenced unlicensed and unauthorized uses.

163.   By using the SOLIDWORKS software without a license authorization key provided by DS SolidWorks, at least one of Hin, Dellosa, Smith, Doe, employees of TP Logic, or persons under the control of TP Logic breached the License Agreement.

164.   The License Agreement states that it is to be governed by the law of the Commonwealth of Massachusetts. *Id.*, at 3/45.

165.   DS SolidWorks has been damaged by the aforementioned breach.

**PRAYER FOR RELIEF**

WHEREFORE, DS SolidWorks prays for relief as follows:

A.   For a judgment determining that TP Logic, Hin, Dellosa, Smith, and Doe have infringed DS SolidWorks's copyrights in violation of 17 U.S.C. § 501;

B.   For a judgment determining that TP Logic, Hin, Dellosa, Smith, and Doe have circumvented a technological measure that controls access to the SOLIDWORKS software in violation of 17 U.S.C. § 1201;

C.   For a finding that such infringement and/or circumvention was willful;

D.   For a judgment determining that TP Logic, Hin, Dellosa, Smith, and Doe have breached the License Agreement under Massachusetts Common Law;

E.   For a judgment preliminarily and permanently enjoining and restraining TP Logic, including its officers, directors, employees, agents, and servants, and all those in active concert of participation with any of them, Hin, Dellosa, Smith, and Doe from directly or indirectly infringing DS SolidWorks's copyrights;

F.   For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of TP Logic, (iii) statutory damages of $150,000 per act of infringement, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. §§ 504 and 505;

G.   For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of TP Logic, (iii) statutory damages of $2,500 per act of circumvention, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. § 1203;

1    H.    For a judgment awarding DS SolidWorks any other damages to which it is

2  entitled under statute or common law; and

3    I.    For such other and further relief as the Court deems just and proper.

4

5                        **DEMAND FOR A JURY TRIAL**

6        DS SolidWorks hereby demands a trial by jury in this action.

7

8  Dated:  June 28, 2023              HARRINGTON, FOXX, DUBROW & CANTER,

9                                     LLP

10

11                                    By: /s/ Edward W. Lukas, Jr.

12                                         EDWARD W. LUKAS, JR.

13                                         Attorneys for Plaintiff

14                                         DASSAULT SYSTÈMES SOLIDWORKS
                                           CORPORATION

15

16  Dated:  June 28, 2023              HARNESS, DICKEY & PIERCE, P.L.C.

17

18                                    By: /s/ Glenn E. Forbis

19                                         GLENN E. FORBIS (*Pro Hac Vice pending*)

20                                         MICHAEL A. CHERNOFF (*Pro Hac Vice
                                           pendng*)

21                                         Attorneys for Plaintiff

22                                         DASSAULT SYSTÈMES SOLIDWORKS
                                           CORPORATION

23

24

25

26

27

28