UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTEMES SOLIDWORKS CORPORATION,<br><br>                              Plaintiff,<br><br>v.<br><br>TORREY PINES LOGIC, INC.; LEONID BORIS VOLFSON; LUONG HIN; MICHAEL DELLOSA; SOPHIA SMITH; and SHAUN FERGUSON,<br><br>                              Defendants. | Case No.: 23-cv-01200-H-DEB<br><br>**ORDER SUBMITTING MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

On February 5, 2024, Plaintiff Dassault Systemes Solidworks Corporation ("Dassault") filed a motion for leave to file a second amended complaint. (Doc. No. 29.) A hearing on Plaintiff Dassault's motion is currently scheduled for Monday, March 11, 2024 at 10:30 a.m. The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motion on the parties' papers, and vacates the hearing. Defendants' opposition remains due by **Monday, February 27, 2024**. Plaintiff's reply remains due by **Monday, March 4, 2024**.

    **IT IS SO ORDERED.**

DATED: February 20, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT