# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTEMES SOLIDWORKS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TORREY PINES LOGIC, INC., et al.,<br><br>Defendants. | Case No. 23-cv-01200-H-DEB<br><br>ORDER MODIFYING SCHEDULING ORDER<br><br>[DKT. NO. 48] |

Upon consideration of the Parties' Joint Motion to Modify Scheduling Order and good cause appearing, the Scheduling Order is modified as follows:

1

| Deadline | Current Date | Amended Date |
|---|---|---|
| Initial Disclosures by New Defendants | | May 31, 2024 |
| Submit MSC Statement and related information | June 13, 2024 | July 23, 2024 |
| Mandatory Settlement Conference | June 20, 2024 | July 30, 2024 at 9:30 a.m. |
| Fact Discovery | July 12, 2024 | September 13, 2024 |
| Expert Designation | July 12, 2024 | September 13, 2024 |
| Rebuttal Expert Designation | July 26, 2024 | September 27, 2024 |
| FRCP 26(a)(2)(A) & (B) Disclosures | Aug. 9, 2024 | October 11, 2024 |
| Supplemental or Rebuttal Evidence under FRCP(a)(2)(D) | Sept. 6, 2024 | October 25, 2024 |
| Expert Discovery Cut-off | Oct. 4, 2024 | November 1, 2024 |
| All pretrial motions | Nov. 1, 2024 | November 15, 2024 |
| Actions required by L.R. 16.1(f)(2) | Jan. 6, 2025 | January 20, 2025 |
| FRCP 26(a)(3) disclosures | Jan. 6, 2025 | January 20, 2025 |
| Actions required by L.R. 16.1(f)(4) | Jan. 14, 2025 | January 27, 2025 |
| Plaintiff prepares pretrial order | Jan. 20, 2025 | February 3, 2025 |
| Proposed final pretrial order | Jan. 27, 2025 | February 10, 2025 |
| Final Pretrial Conference | Feb. 3, 2025 | February 18, 2025 at 10:30 a.m. |

**IT IS SO ORDERED.**

Dated: May 17, 2024

Daniel E. Butcher
United States Magistrate Judge