# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTEMES SOLIDWORKS CORPORATION,<br><br>                                    Plaintiff,<br><br>v.<br><br>TORREY PINES LOGIC, INC.; LEONID BORIS VOLFSON; LUONG HIN; MICHAEL DELLOSA; SOPHIA SMITH; SHAUN FERGUSON; JOHN DOE; PREMIER OPTICAL TECHNOLOGIES, LLC; and CHRISTOPHER THOMAS,<br><br>                                    Defendants. | Case No.: 23-cv-01200-H-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE AND FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 82.] |

   On November 25, 2024, the parties filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41.  (Doc. No. 82.)  In addition, the parties request that the Court enter the parties' proposed consent judgment and permanent injunction.  (Id.)

   The Court, for good cause shown, grants the joint motion to dismiss.  Specifically, Defendants Christopher Thomas, Luong Hin, Michael Dellosa, Sophia Smith, and Shaun Ferguson are dismissed with prejudice, and subject to the agreed-upon right of the Court to set aside the dismissal with prejudice pursuant to the parties' confidential settlement

agreement, Defendants Torrey Pines Logic, Inc. and Leonid Boris Volfson are dismissed with prejudice.

In addition, the Court grants the parties' joint motion for entry of the proposed consent judgment and permanent injunction. The Court will enter the consent judgment and permanent injunction separately.

**IT IS SO ORDERED.**

DATED: November 27, 2024

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT